IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00716-EWN-MEH

MORELAND PROPERTIES, LLC, a Colorado limited liability company,

     Plaintiff,

v.

CITY OF THORNTON, a municipal corporation,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 19, 2007.**

     Plaintiff's Unopposed Motion for Leave to File Third Amended Complaint [Filed July 18, 2007; Docket #25] is **granted**. The Third Amended Complaint, already filed contemporaneously with the Motion [Doc #26], will be accepted for filing. Defendant shall answer or otherwise respond within ten days after service of the Third Amended Complaint, in accordance with Fed. R. Civ. P. 15(a).