IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00716-EWN-MEH

MORELAND PROPERTIES, LLC, a Colorado limited liability company,

    Plaintiff,

v.

CITY OF THORNTON, a municipal corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 27, 2007.**

    Defendant's Unopposed Motion for Leave to File Amended Answer to Second Amended Complaint [Filed July 25, 2007; Docket #33] is **granted**. The Amended Answer to Second Amended Complaint, already filed contemporaneously with the Motion [Doc #34], will be accepted for filing.