IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00716-EWN-MEH

MORELAND PROPERTIES, LLC, a Colorado limited liability company,

     Plaintiff,

v.

CITY OF THORNTON, a municipal corporation,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 8, 2007.**

     For good cause shown, Defendant's Unopposed Motion for Modification of Scheduling Order to Allow Extension of Time to File Rebuttal Report of Transportation Expert [filed October 3, 2007; doc #48] is **granted**. Defendant shall provide the rebuttal expert report of its transportation expert on or before October 15, 2007.