IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00716-EWN-MEH

MORELAND PROPERTIES, LLC, a Colorado limited liability company,

     Plaintiff,

v.

CITY OF THORNTON, a municipal corporation,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 5, 2007.**

     The Joint Stipulation and Protective Order Regarding Appraisals [filed November 2, 2007; doc #59] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 6.1(F). Counsel are directed (in addition to filing via the ECF system) to submit any and all proposed orders in useable format to this Chambers at *hegarty_chambers@cod.uscourts.gov*.