IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00716-EWN-MEH

MORELAND PROPERTIES, LLC, a Colorado limited liability company,

    Plaintiff,

v.

CITY OF THORNTON, a municipal corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 13, 2007.**

    The Joint Motion for Protective Order Regarding Appraisals [filed November 9, 2007; doc #66] is **granted**. A Protective Order Regarding Appraisals is hereby filed contemporaneously with this Order.