IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-716-EWN-MEH

MORELAND PROPERTIES, LLC, a Colorado limited liability company,

    Plaintiff,

v.

CITY OF THORNTON, a municipal corporation,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE
---

**THIS MATTER** comes before the Court on the Stipulation and Motion for Dismissal with Prejudice filed by the parties on September 18, 2008. The Court, having reviewed the Stipulation and Motion, **GRANTS** the Motion. The above-referenced matter is hereby **DISMISSED WITH PREJUDICE**.

**DATED** this 18th of September, 2008.

                BY THE COURT:

                s/ Edward W. Nottingham
                Chief United States District Judge